Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 12, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 12, 2004.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00932-CV

____________

 

IN RE VAN E. WITTNER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 27, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  

Relator seeks mandamus relief to reverse the
assigned judge=s decision to remove himself from presiding over the underlying probate
case.  Relator
has not established that he is entitled to mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed November 12, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.